Case 7:16-cr-00361-CS   Document 427   Filed 10/28/24   Page 1 of 1

AO 247 (Rev. 03/19) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Armad Evans | ) | Case No: 16-CR-361-10(CS) |
| | ) | USM No: 77730-054 |
| Date of Original Judgment: 02/22/2018 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Mr. Evans is not eligible for a reduction. Even without the status points, his Guidelines range is unchanged, and in any event he was sentenced below it.

Except as otherwise provided, all provisions of the judgment dated 02/22/2018 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/25/2024

*Judge's signature* — Cathy Seibel

Cathy Seibel, U.S.D.J.
*Printed name and title*

Effective Date: _____
*(if different from order date)*